**Order filed January 27, 2022**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00422-CV
_____

**TIFFANY DAVIS, Appellant**

**V.**

**WALMART AND CINDY TORRES, Appellees**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-76772**

## ORDER

Appellant's brief was due January 6, 2021. No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before February 17, 2022, the court will dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.